■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON REYES, Appellant.—Judgment, Supreme Court, New York County, rendered on June 14, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Fein, J. P., Sullivan, Markewich, Silverman and Ross, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELVIS B. TILLMAN, Appellant, v WARDEN, Respondent.—Appeal from judgment, Supreme Court, New York County, entered on December 9, 1976, unanimously dismissed as moot, without costs and without disbursements. Counsel's motion to be relieved as assigned counsel is denied. No opinion. Concur—Sullivan, J. P., Bloom, Markewich, Silverman and Ross, JJ.

■ AUGUSTA HALL, Respondent, v ASH SERVICE CO., INC., et al., Defendants, and ARTHUR A. KUNZMAN, Appellant, and Third-Party Plaintiff-Appellant. McGUIRE CHEVROLET, INC., et al., Third-Party Defendants-Respondents.—Appeal from order, Supreme Court, New York County, entered on August 6, 1979, withdrawn. Concur—Sullivan, J. P., Bloom, Markewich, Silverman and Ross, JJ.

■ COUNCIL OF MUNICIPAL HOSPITAL COMMUNITY BOARDS et al., Plaintiffs, v EDWARD I. KOCH, as Mayor of the City of New York, et al., Respondents, and JAMES BUTLER, as President of New York City Department of Hospitals Local 420, AFSCME, AFL-CIO, et al., Intervenors-Appellants.—Order, Supreme Court, New York County, entered on July 25, 1979, unanimously affirmed for the reasons stated by Myers, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Sandler, Sullivan, Bloom and Markewich, JJ.

■ JOHN ADLER, Respondent, v CHARLES F. FISHMAN, Appellant.—Order, Supreme Court, New York County, entered on March 23, 1979, unanimously affirmed for the reasons stated by Grossman, J., at Special Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Kupferman, J. P., Sandler, Sullivan, Bloom and Markewich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRENCE BRYANT, Appellant.—Judgment, Supreme Court, Bronx County, rendered on March 18, 1977, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Sandler, Sullivan, Bloom and Markewich, JJ.